TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-94-00518-CV

City of El Paso, Appellant

v.

Public Utility Commission of Texas and El Paso Electric Company, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 474,522, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

PER CURIAM

 The parties have filed an agreed motion to dismiss this appeal. The motion is
granted. Tex. R. App. P. 59(a)(1)(A).

 The judgment of the trial court is vacated and the appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and Jones

Judgment Vacated and Appeal Dismissed on Agreed Motion

Filed: March 13, 1996

Do Not Publish